# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR 11-2046 LRR |
| vs. | **ORDER** |
| DION THOMAS, | |
| Defendant. | |

On August 29, 2012, the Court accepted the jury verdict finding Defendant Dion Thomas guilty on Counts 1 and 3 of the Indictment.

Accordingly, IT IS ORDERED as follows:

1. Defendant is adjudicated guilty of Counts 1 and 3 of the Indictment.
2. The United States Probation Office shall conduct a presentence investigation and prepare a report.
3. The attorneys shall timely comply with the deadlines for preparation of the presentence report.
4. Defendant remains detained pending sentencing.

**IT IS SO ORDERED.**

**DATED** this 29th day of August, 2012.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA